UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROY LINZY DAVIS,

    Petitioner,                        Case No. 04-CV-71309
                                         HONORABLE PATRICK J. DUGGAN

v.

WARDEN ROMANOWSKI,

    Respondent.
_____/

**OPINION AND ORDER
DENYING PETITIONER'S MOTION TO SHOW CAUSE**

On December 16, 2004, this Court denied Petitioner Jaroy Linzy Davis's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Court's judgment was entered on December 20, 2004. Petitioner mailed a notice of appeal to the Sixth Circuit Court of Appeals on January 21, 2005. The Sixth Circuit issued an order directing Petitioner to show cause why his appeal should not be dismissed for failure to sign the notice of appeal and on the basis of a late notice of appeal. On April 26, 2005, the Sixth Circuit dismissed Petitioner's appeal for lack of jurisdiction. This matter is presently before the Court on Petitioner's Motion to Show Cause, filed June 27, 2005.

In his Motion to Show Cause, Petitioner requests that the Court "treat his Notice of Appeal as timely filed on January 19, 2005 and allow him to pursue appellate review in the United States Sixth Circuit Court of Appeals." (Mot. at 4). This Court has no authority to determine the timeliness of documents filed in the Sixth Circuit Court of Appeals.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Show Cause is **DENIED**.

DATE: July 7, 2005

_____
**s/PATRICK J. DUGGAN**
UNITED STATES DISTRICT COURT

Copies to:

Jaroy Linzy Davis, #368513
Oaks Correctional Facility
1500 Caberfae Hwy.
P.O. Box 38
East Lake, MI 49626-0038

William Campbell, Esq.